(Rev. 5/85) Judgment in a Civil Case ☒

# United States District Court

Eastern District of Wisconsin

ELIJAH JONES, JR.,
        Plaintiff,

v.

STATE OF WISCONSIN,
        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 05-CV-172

[X]    Decision by Court. This action came for consideration before the Court.

IT IS ORDERED AND ADJUDGED
that the petitioner's petition and this action are hereby DISMISSED.

Jon W. Sanfilippo, Clerk of Court
EASTERN DISTRICT OF WISCONSIN

Date   February 6, 2007         V. Kelly Barton Terry
                                                  (By) Deputy Clerk

Approved this 6th day of February, 2007.

s/AARON E. GOODSTEIN
United States Magistrate Judge